■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTURO FLORES, Appellant. [805 NYS2d 292]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Demarest, J.), rendered October 16, 2002, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the verdict was not supported by legally sufficient evidence is unpreserved for appellate review. In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt of murder in the second degree. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions are without merit. Prudenti, P.J., H. Miller, Mastro and Lunn, JJ., concur.